# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Adrianne L. Laramore, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22-cv-02370 (NEB/ECW) |
| Quality Residence, LLC., Daniel L. Gelb, Kelley Martin, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants motion for judgment on the pleadings (ECF No. 30) is GRANTED; and
2. Laramore's complaint (ECF No. 1) is DISMISSED. The federal law claims are DISMISSED WITH PREJUDICE and the state law claims are DISMISSED WITHOUT PREJUDICE, as the Court declines to take supplemental jurisdiction of these claims.

Date: 2/29/2024                                    KATE M. FOGARTY, CLERK