United States District Court

District of Minnesota

RECEIVED BY MAIL
MAR 15 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Court File No: 22-cv-2370(NEB-ECW)

---

Adrianne L. Laramore,

       Appellant,

v.

       Notice of Appeal and Appeal to the United States Court of Appeals for the Eighth Circuit from a U.S. District Court ORDER and "JUDGEMENT" in a Civil Case

Quality Residence, LLC. et, al., as a Corporation; Daniel L. Gelb, in his individual capacity, as a person and official Capacity, as the Owner of Quality Residence et, al; and Kelley Martin, in her individual capacity, as a person and official capacity as Property Manager of Quality Residence, LLC. et, al.

       Appellee(s)

---

Now comes, Adrianne L. Laramore, Appellant in the above titled cause of action by way of the United States District Court's ORDER dated February 29, 2024 and JUDGEMENT dated February 29, 2024. I file a **Notice of Appeal and Appeal to the United States Court of Appeals for the Eighth Circuit.**



SCANNED
MAR 15 2024
U.S. DISTRICT COURT MPLS

Respectfully Submitted,

*Adrianne L. Laramore*

Adrianne L. Laramore, Pro se.
P.O. Box 270175
Vadnais Heights, Minnesota 55127
P: (763) 639-8798
E: peaceispower126@gmail.com

Date: March 8th, 2024