# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1556

_____

Adrianne L. Laramore

Plaintiff - Appellant

v.

Quality Residence, LLC, et at., as a Corporation; Daniel L. Gelb, in his individual capacity, as a person, and official capacity, as the owner of Quality Residence, et al.; Kelley Martin, in her individual capacity, as a person, and official capacity as Property Manager of Quality Residence, LLC., et al.

Defendants - Appellees

------

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-02370-NEB)

------

**JUDGMENT**

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

May 10, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Stephanie N. O'Banion